DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH JENKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-980

[ July 13, 2017 ]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2008-CF-008645-A.

David Oscar Markus, Mona E. Markus and Lauren I. Doyle of Markus/Moss, PLLC, Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***